UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RASHIDI G. SMITH,

                Plaintiff,

-against-                            24 **CIVIL** 9476 (LLS)

## **JUDGMENT**

DEPARTMENT OF CORRECTIONS; N.Y. CITY;
CITY COUNCIL; UNKNOWN EMPLOYEES;
GRVC; OBCC,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2025, Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); accordingly, the case is closed.

**Dated:** New York, New York

      November 18, 2025

                                                **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                    **BY:**              *K. Mango*

                                                    **Deputy Clerk**